AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Alito, Samuel A. | 2. Court or Organization<br><br>United States Supreme Court | 3. Date of Report<br><br>05/18/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>United States Supreme Court<br>1 First Street, NE<br>Washington, DC 20544 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | ABA Advisory Committee on the Law Library of Congress |
| 2. | Member | Honorary Board of the Franciscan Monastery of the Holy Land in the United States |
| 3. | Visiting Faculty | St. John's College Law School |
| 4. | Visiting Faculty | Duke University Law School |
| 5. | Visiting Faculty | Tulane University Law School |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 04/4/2016 | St. John's College Law School - Teaching | $5,000.00 |
| 2. 06/03/2016 | Duke University Law School - Teaching | $5,000.00 |
| 3. 07/23/2016 | Tulane University Law School Summer Program - Teaching | $17,255.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Fordham Law School | 04/01 to 04/03 | New York, NY | Moot Court | Transportation, Lodging, Meals |
| 2. | St. John's College Law School | 04/04 to 04/06 | New York, NY | Teaching | Transportation, Lodging, Meals |
| 3. | Columbia Law School | 04/07 to 04/08 | New York, NY | Moot Court | Transportation, Lodging Meals |
| 4. | Duke University Law School | 06/03 to 06/04 | Durham, NC | Teaching | Transportation, Lodging, Meals |
| 5. | New York University School of Law | 07/17 to 07/23 | Barcelona, Spain | Conference | Transportation, Lodging, Meals |
| 6. | Tulane Law School Summer Program | 07/23 to 08/04 | Paris, France and Berlin, Germany | Teaching | Transportation, Lodging, Meals |

| | | | | |
| --- | --- | --- | --- | --- |
| 7. | Foundation for Self Government | 08/27 to 09/17 | Hong Kong, Shanghai, Shenzhen, Nanjing and Beijing, China | Teaching and Lectures | Transportation, Lodging, Meals |
| 8. | American College of Trial Lawyers | 09/17 to 09/20 | Philadelphia, PA | UK-US Legal Exchange | Lodging, Meals |
| 9. | North Carolina Administrative Office of the U.S. Courts and North Carolina Bar Found. | 09/28 to 09/29 | Ashville, NC | 2016 Inter-Court Conference | Transportation, Lodging, Meals |
| 10. | University of Buffalo School of Law | 10/19 to 10/21 | Buffalo, NY | Speech/Conversation | Transportation, Lodging, Meals |
| 11. | New York Historical Society | 11/18 to 11/20 | New York, NY | Film Program & Panel Discussion | Transportation, Lodging, Meals |
| 12. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Bottega Mortet | Bronze Cast of Hand | $3,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 05/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vang Inter Term Tax Ex Fund | D | Dividend | M | T | | | | | |
| 2. Van LT Tax Ex Fund | A | Dividend | J | T | | | | | |
| 3. Vang Star Mutual Fund | B | Dividend | L | T | | | | | |
| 4. Vang Wellington Mut Fund | D | Dividend | M | T | | | | | |
| 5. Vang Small Cap Stock Fund | C | Dividend | M | T | | | | | |
| 6. Windsor II | B | Dividend | K | T | | | | | |
| 7. Vang Total Stock Mkt Index F | C | Dividend | M | T | Buy (add'l) | 12/21/16 | J | | |
| 8. Vanguard TE Mny Mkt | A | Dividend | L | T | | | | | |
| 9. Roth IRA (H) | | | | | | | | | |
| 10. -Edward Jones Investment (Cash Account) | | None | J | T | | | | | |
| 11. -AES Corp | A | Dividend | J | T | | | | | |
| 12. -BHP Biliton PLC ADR | A | Dividend | J | T | | | | | |
| 13. -Loccitane Luxembourg | A | Dividend | J | T | | | | | |
| 14. -TJX Cos Inc | A | Dividend | J | T | | | | | |
| 15. Vanguard Target Retirement Acct 2015 | A | Dividend | J | T | | | | | |
| 16. PNC Bank Accounts | | None | M | T | | | | | |
| 17. Andrews Federal Credit Union (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 05/18/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18.   Carson Energy (Y) | | | | | | | | | |
| 19.   Traditonal IRA (H) | | | | | | | | | |
| 20.   - Capital World Growth & Income Fund CL A | A | Dividend | J | T | | | | | |
| 21.   - Eaton Vance Mutual Funds Trust Gov't Oblig LC A | A | Dividend | J | T | | | | | |
| 22.   - Goldman Sachs Growth & Incom Strategy Fund CL A | A | Dividend | J | T | | | | | |
| 23.   - Incom Fund of America CL A | A | Dividend | J | T | | | | | |
| 24.   - Putnam Dynamic Asset- Allocation Growth Fund CL A | A | Dividend | J | T | | | | | |
| 25.   - Putnam Dynamic Asset Allocation Balanced Fund CL A | A | Dividend | J | T | Sold (part) | 12/01/16 | J | A | |
| 26.   Edward Jones #1 (H) | | | | | | | | | |
| 27.   - Tax Free MMkt (Y) | | | | | | | | | |
| 28.   - Fairfax Cnty VA Econ Dev Auth | A | Interest | | | Sold | 06/21/16 | J | A | |
| 29.   - IN Local Pub Impt Bd Auth Rev | A | Interest | | | Sold | 01/04/16 | K | A | |
| 30.   - Met WA DC Arpts Auth Sys Rev | A | Interest | J | T | Sold (part) | 06/21/16 | J | A | |
| 31.   - Stafford Cnty & Staunton VA | A | Interest | K | T | | | | | |
| 32.   - Virginia Comwlth Transn Brd | A | Interest | J | T | | | | | |
| 33.   - VA St Res Auth Wtr & Swr Rev | A | Interest | J | T | | | | | |
| 34.   - VA St Res Auth Wtr & Swr Sys | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 05/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Virginia Beach VA GO Pub Impt | B | Interest | K | T | Sold (part) | 06/21/16 | K | B | |
| 36. - US Tips | A | Interest | J | T | Sold (part) | 06/21/16 | J | | |
| 37. - 3M Co | A | Dividend | K | T | | | | | |
| 38. - Abbott Laboratories | A | Dividend | J | T | | | | | |
| 39. - Abbvie Inc | A | Dividend | K | T | | | | | |
| 40. - Black Hills Corp | B | Dividend | K | T | | | | | |
| 41. - Boeing Co | A | Dividend | K | T | | | | | |
| 42. - Caterpiller Inc | A | Dividend | J | T | | | | | |
| 43. - Cdk Global Inc | A | Dividend | J | T | | | | | |
| 44. - ConocoPhillips | A | Dividend | J | T | | | | | |
| 45. - Cr Bard Inc | A | Dividend | L | T | Sold (part) | 01/05/16 | K | E | |
| 46. - E I Du Pont de Nemours & Co | A | Dividend | K | T | | | | | |
| 47. -Fortis Inc | A | Dividend | K | T | Buy | 10/17/16 | K | | |
| 48. - Itc Holdings Corp | A | Dividend | | | Sold | 10/17/16 | K | D | |
| 49. - Jacobs Engineering Group Inc | | None | J | T | | | | | |
| 50. - Johnson & Johnson | A | Dividend | K | T | | | | | |
| 51. - Johnson Controls Inc | A | Dividend | | | Sold | 08/23/16 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 05/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Merck & Co Inc. New | A | Dividend | K | T | | | | | |
| 53. - Molson Coors Brewing Co | A | Dividend | J | T | Sold (part) | 01/05/16 | J | C | |
| 54. - Mondelez International Inc | A | Dividend | J | T | | | | | |
| 55. - OGE Energy Corp | B | Dividend | L | T | | | | | |
| 56. - Oracle Corp | B | Dividend | L | T | | | | | |
| 57. - Parker Hannifin Corp | A | Dividend | J | T | Sold (part) | 04/27/16 | J | A | |
| 58. | | | | | Sold (part) | 04/27/16 | J | C | |
| 59. - Phillips 66 | A | Dividend | K | T | | | | | |
| 60. - PNC Bank Corp | A | Dividend | K | T | | | | | |
| 61. - Procter & Gamble Co | A | Dividend | K | T | | | | | |
| 62. - Schlumberger Limited | A | Dividend | J | T | | | | | |
| 63. - Sealed Air Corp | A | Dividend | K | T | | | | | |
| 64. - TJX Cox Inc | A | Dividend | K | T | | | | | |
| 65. - United Technologies Corp | A | Dividend | K | T | | | | | |
| 66. - Van Guard FTSE All-Wrld Exus ETF | A | Dividend | J | T | | | | | |
| 67. Edward Jones #2 (H) | | | | | | | | | |
| 68. - Edward Jones Cash & Money Market | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 05/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Ishares MSCI EAFE Value ETF | B | Dividend | | | Sold | 12/04/16 | L | | |
| 70. - Ishares Russ 1000 Growth ETF | A | Dividend | K | T | | | | | |
| 71. - Ishares Russ 1000 Value ETF | A | Dividend | K | T | Sold (part) | 12/04/16 | J | A | |
| 72. - Ishares Russ MC Value ETF | A | Dividend | K | T | Sold (part) | 12/01/16 | J | A | |
| 73. - Ishares S&P 500 Growth ETF | A | Dividend | K | T | | | | | |
| 74. - SPDR S&P Dividend ETF | B | Dividend | K | T | Sold (part) | 12/01/16 | J | A | |
| 75. - Vanguard High Div Yield ETF | B | Dividend | L | T | Sold (part) | 12/04/16 | J | A | |
| 76. - Vanguard Mid Cap Growth ETF | A | Dividend | K | T | | | | | |
| 77. - Vanguard FTSE All-Wrld Exus ETF | B | Dividend | | | Sold | 12/01/16 | K | | |
| 78. - American Century T/F Bd-Int | B | Dividend | | | Sold | 12/01/16 | K | | |
| 79. -Fidelity Inter Muni Income Fd I | A | Dividend | L | T | Buy | 12/02/16 | K | | |
| 80. | | | | | Buy (add'l) | 12/02/16 | K | | |
| 81. - Franklin Fed Int Term T/F Inc | B | Dividend | | | Sold | 12/01/16 | K | | |
| 82. - Franklin High Yield T/F Inc | B | Dividend | | | Sold (part) | 12/01/16 | J | | |
| 83. | | | | | Sold | 12/01/16 | K | | |
| 84. -JP Morgan Fed Money Market (x) | A | Dividend | J | T | | | | | |
| 85. -JP Morgan Tr I Intl Value Fd Cl L | B | Dividend | K | T | Buy | 12/02/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -MFS International Equity Fund | A | Dividend | K | T | Buy | 12/02/16 | J | | |
| 87. | | | | | Buy (add'l) | 12/02/16 | K | | |
| 88. -MFS Municipal High Income Fd Cl 1 | A | Dividend | L | T | Buy | 12/02/16 | K | | |
| 89. | | | | | Buy (add'l) | 12/02/16 | K | | |
| 90. - MFS Municipal Income | B | Dividend | | | Sold | 12/01/16 | K | | |
| 91. -New World Fund Cl F2 | A | Dividend | K | T | Buy | 12/02/16 | K | | |
| 92. - T. Rowe Price Summit Muni Int | A | Dividend | | | Sold | 12/01/16 | K | | |
| 93. - T. Rowe Price TE MMkt (y) | | | | | | | | | |
| 94. -T. Rowe Price Tax Free Short Inter | A | Dividend | L | T | Buy | 12/02/16 | K | | |
| 95. | | | | | Buy (add'l) | 12/02/16 | K | | |
| 96. - Tax Exempt Bond Fund of America | B | Dividend | | | Sold | 12/01/16 | K | | |
| 97. - Thornburg Limited Term Muni | B | Dividend | | | Sold | 12/01/16 | L | | |
| 98. -Tiaa-Cref Instl Fd Intl Eqty | A | Dividend | K | T | Buy | 12/02/16 | J | | |
| 99. | | | | | Buy (add'l) | 12/02/16 | K | | |
| 100. -USAA Tax Exempt Interm Term | A | Dividend | M | T | Buy | 12/02/16 | K | | |
| 101. | | | | | Buy (add'l) | 12/02/16 | K | | |
| 102. | | | | | Buy (add'l) | 12/02/16 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 05/18/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Wells Fargo Adv S/T Muni Bd | A | Dividend | | | Sold | 12/01/16 | K | | |
| 104.  Investment Account #3 (H) | | | | | | | | | |
| 105.  - PNC Tax Exempt Money Market | A | Dividend | J | T | | | | | |
| 106.  - Ishares 1-3 Year Treasury Bd ETF | B | Dividend | N | T | | | | | |
| 107.  -SPDR Nuveen Bloomberg Barclays ST Muni Bd ETF | C | Dividend | N | T | Sold (part) | 04/22/16 | L | A | |
| 108.  -T. Rowe Price VA T/F Bond Fd | B | Dividend | M | T | Buy | 04/25/16 | M | | |
| 109.  - Ishares S&P 100 ETF | B | Dividend | L | T | Sold (part) | 04/22/16 | J | A | |
| 110.  -Ishares Edge MSCI USA Value Factor ETF | A | Dividend | J | T | Buy | 04/27/16 | J | | |
| 111.  -Vanguard FTSE Developed Markets ETF | A | Dividend | J | T | Buy | 04/27/16 | J | | |
| 112.  - Vanguard FTSE All World Ex-US Index Fund | A | Dividend | J | T | Sold (part) | 04/22/16 | K | | |
| 113.  - Vanguard FTSE Europe ETF | A | Dividend | K | T | | | | | |
| 114.  - Vanguard Mid Cap ETF | A | Dividend | J | T | | | | | |
| 115.  - Vanguard Large Cap ETF | B | Dividend | L | T | | | | | |
| 116.  - Vanguard Growth ETF | A | Dividend | L | T | | | | | |
| 117.  - Vanguard Value ETF | B | Dividend | L | T | | | | | |
| 118.  - Wisdomtree Large Cap Dividend Fd ETF | A | Dividend | J | T | | | | | |
| 119.  - Blackrock Global Allocation Fd | A | Dividend | J | T | Sold (part) | 04/22/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 05/18/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Blackrock Global Dividend Port Instl Class Fd | A | Dividend | K | | Buy | 04/25/16 | K | | |
| 121. -Dodge & Cox Int'l Stock Fd | | None | | | Sold | 04/22/16 | K | | |
| 122. -Goldman Sachs Eq Div Prem Is Fd | A | Dividend | K | T | | | | | |
| 123. -Vanguard Int'l Valu Fd | A | Dividend | K | T | | | | | |
| 124. | | | | | | | | | |
| 125. Mineral Interest, Grady Cnty, OK | | None | L | W | | | | | |
| 126. | | | | | | | | | |
| 127. Estate (H) | | | | | | | | | |
| 128. - Appache Corp | | | | | Sold | 07/13/16 | J | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |
| 131. | | | | | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alito, Samuel A. | 05/18/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Samuel A. Alito

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544